UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No.   10-20317

JASON GRIFFIN,                     Honorable Patrick J. Duggan

    Defendant.
_____/

**ORDER**
**DENYING DEFENDANT'S MOTION FOR SUPPRESSION**
**AND/OR QUASH OF THE SEARCH WARRANT**
**AND**
**DENYING MOTION TO QUASH THE INDICTMENT AND DISMISSAL OF**
**CHARGES**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on February 3, 2011.

    PRESENT:        THE HONORABLE PATRICK J. DUGGAN
                              U.S. DISTRICT COURT JUDGE

Presently before the Court is Defendant's motion for suppression and/or to quash the search warrant. A hearing on this motion was held on February 1, 2011. For the reasons set forth on the record at that hearing, the Court denies Defendant's motion for suppression and/or to quash the search warrant.

On January 4, 2011, Defendant filed a motion to quash the indictment and dismissal of charges. The government has filed a response to this motion, and a hearing on this motion was held on February 1, 2011.

The indictment sets forth two counts: Count I (Felon in Possession of a Firearm - 18 U.S.C. § 922(g)); and Count II (Felon in Possession of Ammunition - 18 U.S.C. § 922(g)). In this Court's opinion, both counts adequately set forth the charges against the Defendant to adequately inform the Defendant of the charges he is facing.

Therefore,

**IT IS ORDERED** that Defendant's motion for suppression and/or quash of the search warrant is **DENIED**; and

**IT IS FURTHER ORDERED** that Defendant's motion to quash the indictment and dismiss the charges is **DENIED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Michael Martin, AUSA
Todd Russell Perkins